UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELINDA L. JOHNSON,

              Plaintiff,

-against-

THE HARTFORD,

              Defendant.

**ORDER**

22-CV-06394 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held an Initial Pretrial Conference on November 10, 2022, counsel for all parties appeared. As discussed, the following deadlines shall govern the filing of the administrative record and the forthcoming Motion for Summary Judgment.

    The parties are directed to meet and confer regarding referral of this case to a Magistrate Judge for the purpose of settlement or referral to the Court's mediation program, and file a joint letter by **November 24, 2022** regarding the outcome of that meet and confer.

    Defendant shall file the administrative record by **December 12, 2022**. Plaintiff's moving papers shall be served, but not filed, on **February 13, 2023**. Defendant's opposition papers shall be served, but not filed, on **March 13, 2023**. Plaintiff's reply papers shall be served, but not filed, on **April 13, 2023**. If needed, Defendant shall request leave to file a sur-reply by **April 20, 2023**. If leave to file a sur-reply is granted, the sur-reply shall be served on **April 27, 2023**. All motion papers shall be filed on **April 27, 2023**. Each party shall file its own Notice of Motion.

                                **SO ORDERED.**

Dated: White Plains, New York
         November 14, 2022

                                                    _____
                                                    PHILIP M. HALPERN
                                                    United States District Judge