**LAW OFFICES OF
MARK LEWIS SCHULMAN**

> Application granted.
>
> The time for Plaintiff to file her reply in support of the motion for summary judgment and supporting papers is extended *nunc pro tunc* to June 19, 2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>               June 20, 2023

June

Honorable Philip M. Halpern, District Judge
The Hon. Charles L. Brieant, Jr. Federal B[uilding]
300 Quarropas St.
White Plains, NY 10601-4150

        Re:    Melinda L. Johnson v The Hartford
                USDC SDNY
                Case No.: **7:22-cv-06394-PMH**
                Letter Motion for Extension of Time to File All Plaintiff's Motion Papers Electronically

Dear Honorable Judge Halpern:

I represent plaintiff, Melinda L. Johnson, in this ERISA benefits dispute. I write pursuant to Section 1.C of your Honor's Individual Practices in Civil Cases, to request an Extension of Time until June 19th to File all Plaintiff's Motion Papers Electronically. This is plaintiff's second request for an extension of this deadline.

Good cause exists to grant this request.

I have been trying to file these documents for three days. The help desk has been somewhat helpful but I keep running into filing problems with regard to size of documents and attaching Exhibits to something.

Due to stress, which negatively affected my underlying prostate condition and its sequalae I was in Urgent care at Garnet Hospital In Middletown, NY until 10:00 pm Saturday.

The Notice of Motion and Affidavit was filed 6/16/2023 filed but I was unable to upload the Exhibits until this morning. Everything is now filed.

Opposing counsel consents to this Extension.

I apologize for this inconvenience.

Thank you for your valuable time and kind consideration.

Sincerely yours,

*Mark Lewis Schulman*

MARK LEWIS SCHULMAN

cc. Melinda L. Johnson
     Gregory Bennici, Esq., Robinson & Cole LLP
     1055 Washington Boulevard
     Stamford, CT 06901
     GBennici@rc.com