**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
MELINDA L. JOHNSON,

       Plaintiff,

   -against-            22 **CIVIL** 6394 (PMH)

                     **JUDGMENT**

THE HARTFORD,

       Defendant.
-----------------------------------------------------------------------X


   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 12, 2024, Defendant's motion for summary

judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED; accordingly,

the case is closed.

**Dated:** New York, New York

   March 13, 2024


                     **RUBY J. KRAJICK**
                 _____
                     **Clerk of Court**

         **BY:**   K. mango

                 _____
                     **Deputy Clerk**